# Order

Michigan Supreme Court
Lansing, Michigan

June 10, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150332(47)

ALAN JESPERSON,
        Plaintiff-Appellant,

v

AUTO CLUB INSURANCE ASSOCIATION,
        Defendant-Appellee.

SC: 150332
COA: 315942
Macomb CC: 2010-005127-NI

_____/

      On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing his brief on appeal is GRANTED. The brief submitted on May 28, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 10, 2015



Clerk